# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DELVECCIO LAVELL SMITH,<br><br>Defendant. | Criminal No. 07-189(7) (JRT/JSM)<br><br><br>**ORDER** |

W. Anders Folk, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Jeffrey DeGree, **DEGREE LAW OFFICE,** 212 Third Avenue North, Suite 545, Minneapolis, MN 55401, for defendant.

This matter is before the Court on defendant's request for a furlough to attend his grandmother's memorial. The Court has reviewed the request, conferred with Probation and the United States Attorney, and finds that the defendant shall not be allowed to be released on a furlough at this time.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's request for a furlough [Docket No. 971] is **DENIED**.

DATED: December 23, 2009
at Minneapolis, Minnesota.

                                                               s/ John R. Tunheim
                                                        JOHN R. TUNHEIM
                                        United States District Judge